**DISMISS and Opinion Filed June 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00013-CV**

**KEITH MORRIS, RECEIVER OF THE LOUISE N. WHEAT TRUST,**
**Appellant**
**V.**
**JAMES J. WILLIAMS AND THOMAS ROBERT WILLIAMS, Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00191-1**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Kennedy

Stating he no longer seeks to appeal the underlying matter, appellant has filed

a motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1).


/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

230013F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEITH MORRIS, RECEIVER OF
THE LOUISE N. WHEAT TRUST,
Appellant

No. 05-23-00013-CV      V.

JAMES J. WILLIAMS AND
THOMAS ROBERT WILLIAMS,
Appellees

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-19-00191-
1.
Opinion delivered by Justice
Kennedy, Justices Pedersen, III and
Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees James J. Williams and Thomas Robert Williams recover their costs, if any, of this appeal from appellant Keith Morris, Receiver of The Louise N. Wheat Trust.

Judgment entered June 8, 2023